ELIZABETH L. GADE (SBN: 161495)
STEPHEN A. VALIZAN (SBN: 260861)
LAW OFFICE OF ELIZABETH GADE, INC.
1900 Point West Way, Suite 208
Sacramento, CA  95815
Telephone: (916) 648-8600
Facsimile: (916) 648-8601

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALENE INGRAHAM,<br>　　　　Plaintiff,<br>　vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　　　Defendant, | **CASE NO.:  2:12-CV-00851-DAD**<br><br>**STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

　　　　The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that plaintiff shall have a first extension of time of 30 days to file her motion for summary judgment.

　　　　This is the first request for an extension of time for plaintiff to file her motion for summary judgment.

　　　　Counsel for plaintiff respectfully requests an extension of time due to his workload, which includes multiple district court matters, administrative hearings and other duties related to the representation of clients before the Social Security Administration.

　　　　The current due date for plaintiff's motion for summary judgment is September 27, 2012.  The new due date will be October 27, 2012, which is a Saturday.  As such, plaintiff's brief will be due Monday, October 29, 2012.

　　　　The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 10, 2012            **LAW OFFICE OF ELIZABETH GADE, INC.**

　　　　　　　　　　　　　　　　　　　 /s/ *Stephen A. Valizan*
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: September 10, 2012            BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　DONNA L. CALVERT
　　　　　　　　　　　　　　　　　　　Acting Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　　　　　　/s/ *Daniel P. Talbert* (Authorized via Email)
　　　　　　　　　　　　　　　　　　　DANIEL P. TALBERT
　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

                                   ORDER

APPROVED AND SO ORDERED.

Dated:  September 12, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\ingraham0851.stipord.eot.wpd.doc